# Court of Appeals
# of the State of Georgia

ATLANTA,  December 01, 2016

*The Court of Appeals hereby passes the following order:*

## A17A0624.  RONALD LEE v. MERCURY INSURANCE COMPANY OF GEORGIA et al.

Ronald Lee filed a complaint against Mercury Insurance Company of Georgia, seeking relief under a homeowner's insurance policy.  Mercury subsequently filed a motion for summary judgment.  Lee then filed a motion to strike an affidavit submitted in support of the summary judgment motion.  On June 13, 2016, the trial court denied the motion to strike the affidavit.  Lee then filed this direct appeal seeking to challenge the June 13 order.  We, however, lack jurisdiction.

Because this action remains pending below, Lee was required to follow the interlocutory application procedures set forth in OCGA § 5-6-34 (b), which include obtaining a certificate of immediate review from the trial court, to obtain appellate review.  See *Murphy v. Murphy*, 322 Ga. App. 829 (747 SE2d 21) (2013).  Lee's failure to comply with the interlocutory appeal procedures deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  12/01/2016
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.